UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

GERALD K. WILEY,

    Plaintiff,

v.

SGT. RICK BYATT, SGT. NICK HILL,
OFFICER MARK SPURGEON and
OFFICER JEFF HARTSOE,

    Defendants.

Case No. 06-cv-834-JPG

## MEMORANDUM AND ORDER TO SHOW CAUSE

This matter comes before the Court for case management purposes. When plaintiff Gerald K. Wiley filed this action, he resided at the Madison County Jail. Since January 2008, every document the Court has sent to Wiley has been returned as undeliverable (Doc. 14, scheduling order; Doc. 17, order granting extension of time to file motion; Doc. 20, notice of consequences of failure to respond to summary judgment motion; Doc. 22, Report and Recommendation). Local Rule 3.1 requires all plaintiffs to keep the Clerk of Court informed of any change in his location. The Court **ORDERS** the plaintiff to **SHOW CAUSE** on or before May 8, 2009, why the Court should not dismiss this case pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute or to comply with court rules. If the plaintiff fails to respond to this order to show cause, the Court may dismiss this case with prejudice pursuant to Rule 41(b) for failure to prosecute or to comply with court rules. The Court **DIRECTS** the Clerk of Court to send this order to plaintiff Gerald K. Wiley, #S05637, Pontiac Correctional Center, 700 W. Lincoln St., P.O. Box 99, Pontiac, IL 61764.

**IT IS SO ORDERED.**
**DATED: April 28, 2009**

                                        s/ J. Phil Gilbert
                                        **J. PHIL GILBERT**
                                        **DISTRICT JUDGE**