UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

GERALD K. WILEY,

    Plaintiff,

v.

SGT. RICK PYATT, SGT. NICK HILL,
OFFICER MARK SPURGEON and
OFFICER JEFF HARTSOE,

    Defendants.

Case No. 06-cv-834-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court for case management purposes. Earlier in this case, plaintiff Gerald K. Wiley was delinquent in keeping the Court informed of his current address within seven days of a transfer or change of address as required by Local Rule 3.1(b). On April 28, 2009, the Court issued a rule to show cause why the Court should not dismiss this case pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute or to comply with court rules (Doc. 24). Wiley responded that he was unaware of the rule and wanted to pursue his case (Doc. 26). The Court discharged the rule to show cause and allowed Wiley to respond to the defendants' pending summary judgment motion (Doc. 28). The Court further warned Wiley that it would construe any future failure to keep the Court apprized of his current address as required by Local Rule 3.1 as an intent to abandon this litigation and would dismiss this case pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute or to comply with court rules.

Since then, Pontiac Correctional Center has informed the Court that Wiley has been paroled and is no longer incarcerated at that institution. The Court has also consulted the Illinois Department of Corrections Inmate Search website

([http://www.idoc.state.il.us/subsections/search/default.asp](http://www.idoc.state.il.us/subsections/search/default.asp)) and has determined that Wiley was paroled on June 19, 2009.  Wiley has not informed the Court of his new address within seven days of his release from prison as required by Local Rule 3.1(b).  Accordingly, as it warned Wiley it would do if he failed to comply with Local Rule 3.1 in the future, the Court construes his failure to keep the Court apprized of his current address as an intent to abandon this litigation and **DISMISSES** the remaining claims in Wiley's case **with prejudice** pursuant to Rule 41(b) for failure to prosecute and for failure to obey a Court rule or order.  This ruling renders the pending motion for summary judgment (Doc. 19) **MOOT**.  The Court **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED:  July 28, 2009**

                                           s/ J. Phil Gilbert
                                           **J. PHIL GILBERT**
                                           **DISTRICT JUDGE**