UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

GERALD K. WILEY,

          Plaintiff,

      v.                                Case No. 06-cv-834-JPG

SGT. RICK PYATT, SGT. NICK HILL,
OFFICER MARK SPURGEON and
OFFICER JEFF HARTSOE,

          Defendants.

## JUDGMENT

     This matter having come before the Court, the issues having been heard, and the Court

having rendered a decision,

     IT IS HEREBY ORDERED AND ADJUDGED that plaintiff Gerald K. Wiley's claim in

this case for excessive force is dismissed with prejudice; and

     IT IS FURTHER ORDERED AND ADJUDGED that plaintiff Gerald K. Wiley's claim

in this case for deliberate indifference to a serious medical need is dismissed without prejudice.

**DATED:  July 28, 2009**             **JUSTINE FLANAGAN, Acting Clerk**

                                      **By:s/Deborah Agans, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**